**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SEATON SHAVER JONES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-879** |
| **TIMOTHY SOIGNET, ET AL.** | **SECTION "I"(1)** |

# ORDER

The Court, having considered the Complaint, the record, the applicable law, the Amended Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Seaton Shaver Jones's federal civil rights claims against the Terrebonne Parish Sheriff's Office, Sheriff Soignet, and Officer Daniela Dominguez are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Jones's federal civil rights claim for excessive force against Corporal Paul Thibodeaux is **STAYED**.

**IT IS FURTHER ORDERED** the Clerk of Court mark this action **CLOSED** for statistical purposes.

**IT IS FURTHER ORDERED** that, within sixty (60) days after the finality of Jones's conviction or upon disposition of the charges in his favor, Jones shall move to reopen the matter for further proceedings consistent with *Heck v. Humphrey*, 512 U.S. 477 (1994). The failure timely to file the motion to reopen may waive his opportunity to proceed with this civil action.

New Orleans, Louisiana, this 2nd day of September, 2026.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE